O

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              )
                                             )
12                         Plaintiff,        )        SA 07-222M
                                             )
13        v.                                 )    ORDER OF DETENTION AFTER HEARING
                                             )          (18 U.S.C. § 3142(i))
14    ROBERTO GERONIMO ROMERO,               )
                                             )
15                         Defendant.        )
      _____       )

16

17                                          I.

18    A.  ( ) On motion of the Government involving an alleged

19         1.  ( )  crime of violence;

20         2.  ( )  offense with maximum sentence of life imprisonment or death;

21         3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

22                  (21 U.S.C. §§  801,/951, et. seq.,,/955a);

23         4.  ( )  felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion  ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25         1.  ( X) serious risk defendant will flee;

26         2.  ( )  serious risk defendant will

27            a. ( )   obstruct or attempt to obstruct justice;

28            b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  ( X )    appearance of defendant as required; and/or

B.  ( ) safety of any person or the community;

III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

C.  ( ) A serious risk exists that defendant will:

1. ( )   obstruct  or  attempt  to  obstruct  justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:

D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: August 8, 2007

9                                                          _____

10                                                         Marc L. Goldman
                                                           U.S. Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**